UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRA ABOUJOUDEH,

    Plaintiff,

Case No. 17-12948

v.

Hon. John Corbett O'Meara

FAMILY DOLLAR STORES
OF MICHIGAN, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

This action was removed to this court on September 7, 2017. On January 19, 2018, the court granted Plaintiff's counsel's motion to withdraw, allowing Plaintiff until February 16, 2018, to inform the court that she has retained new counsel or that she will represent herself. At the same time, the court indicated that if Plaintiff failed to prosecute this case, it may be dismissed. Plaintiff has not responded to the court's order and no action has been taken to prosecute this case since the withdrawal of Plaintiff's counsel. Accordingly, the court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    **SO ORDERED.**

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: March 8, 2018

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 8, 2018, using the ECF system and/or ordinary mail.

                                         s/William Barkholz
                                         Case Manager